CECILLE E. STOLLMAN v. TRIBUNE COMPANY, Impleaded, etc.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LOUIS KASSVAN and Others v. PHILIP A. SINGER and Others.— Motion denied,

with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

OSCAR L. RICHARD and Others v. GREAT EASTERN CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.